# United States Court of Appeals
## For the First Circuit

_____

No. 22-1061

LUPE STRATTON,

Plaintiff, Appellant,

v.

BENTLEY UNIVERSITY,

Defendant, Appellee.

_____

**JUDGMENT**

Entered: August 15, 2024

    This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

    Upon consideration whereof, it is now here ordered, adjudged and decreed as follows:  The district court's grant of Bentley University's motion for summary judgment on all counts and the district court's denial of Lupe Stratton's motion to amend or alter the judgment are affirmed.


By the Court:

Maria R. Hamilton, Clerk


cc:  Helen G. Litsas, Gregory A. Manousos, Jacob J. Thaler, Steven John Winkelman