# United States Court of Appeals
## For the First Circuit

No. 22-1061

LUPE STRATTON,

Plaintiff - Appellant,

v.

BENTLEY UNIVERSITY,

Defendant - Appellee.

**MANDATE**

Entered: September 6, 2024

    In accordance with the judgment of August 15, 2024, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.


By the Court:

Maria R. Hamilton, Clerk


cc:
Helen G. Litsas
Gregory A. Manousos
Jacob J. Thaler
Steven John Winkelman